MARISA MOREL, Appellant, v. ELISHA HANSON, Respondent. EUGENE WEINTRAUB, Appellant, v. ELISHA HANSON and MOZART OPERA COMPANY, INC., Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. In view of the equivocal character of the allegations of the complaints, we think that the defense of the Statute of Frauds should remain in the

answers against any possible contingency arising on the trial. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.